**No. 45417.**—Protest 31168–K (B) of O. Yoshizawa Co. (New York).

Opinion by TILSON, J. The evidence showed that certain of the hats in question were not bleached, dyed, colored, or stained. To that extent the claim at 25 percent under paragraph 1504 (b) (1) was sustained.